**A13CR 346 SS**

| Sealed | X |
|---|---|
| Unsealed | |

Personal Data Sheet          USAO# **2011R18795**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

RELATED CASE **X** YES _____ NO

CASE NO. **1:12-CR-00314, 08-CV-00574**
**1:12-CV-00285, 1:11-CV-00540**

| County: | **TRAVIS** | **AUSTIN** | Division | Judge: | **SPARKS** |
|---|---|---|---|---|---|

| Date: | **7/16/2013** | Mag Ct.# | | SSN: | ▮ | FBI #: | ▮ |
|---|---|---|---|---|---|---|---|

Case No.: _____

Assistant U. S. Attorney: **BENJAMIN D. SINGER, HENRY P. VAN DYCK, WILLIAM S.W. CHANG**

Defendant: **MICHAEL BAKER**          Date of Birth: ▮

Address: ▮

| Citizenship: | United States **X** | Mexican | Other |
|---|---|---|---|

Interpreter Needed: Yes _____ No **X**          Language _____

Defense Attorney: **Jay Pomerantz**          Employed **Fenwick & West LLP**

Address of Attorney: ▮          Appointed _____

Defendant is: In Jail _____ Where: _____

On Bond _____ Amt. of Bond _____ Where: _____

Date of Arrest: _____          Bench Warrant Needed _____

Prosecution By: Information _____          Indictment **X**

Offense (Code & Description): **Count 1 - 18 U.S.C. § 1349 - Conspiracy to Commit Wire, Mail and Securities Fraud; Counts 2 - 12 - 18 U.S.C. § 1343 and 2 - Wire Fraud; Counts 13 - 14 - 18 U.S.C. § 1348 and 2 - Securities Fraud; Counts 15 - 17 - 18 U.S.C. § 1001 - False Statements**

Offense Is: Felony **X**          Misdemeanor _____

Maximum Sentence: **Count 1 - Up to 25 yrs imprisonment; up to $250,000 fine; Counts 2 - 12 - Up to 20 yrs imprisonment; up to $250,000 fine; Counts 13 - 14 - Up to 25 yrs imprisonment; up to $250,000 fine; Counts 15 - 17 - Up to 5 yrs imprisonment; up to $250,000 fine**

Penalty is Mandatory: Yes _____          No _____

Remarks: ▮

# A13CR 346 SS

| Sealed | X |
|---|---|
| Unsealed | |

Personal Data Sheet    USAO# **2011R18795**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

RELATED CASE **X** YES ____ NO
CASE NO <u>1:12-CR-00314, 08-CV-00574</u>
<u>1:12-CV-00285, 1:11-CV-00540</u>

| County: | **TRAVIS** | **AUSTIN** | Division | Judge: | **SPARKS** |
|---|---|---|---|---|---|

| Date: | 7/16/2013 | Mag Ct.# | | SSN: | [REDACTED] | FBI #: | [REDACTED] |
|---|---|---|---|---|---|---|---|

Case No.:

Assistant U. S. Attorney:   **BENJAMIN D. SINGER,**
**HENRY P. VAN DYCK,**
**WILLIAM S.W. CHANG**

| Defendant: | **MICHAEL GLUK** | Date of Birth: | [REDACTED] |
|---|---|---|---|

Address: [REDACTED]

| Citizenship: | United States **X** | Mexican | Other |
|---|---|---|---|

| Interpreter Needed: | Yes | No **X** | Language |
|---|---|---|---|

| Defense Attorney: | **Jason S. Lewis** | Employed | **Locke Lord LLP** |
|---|---|---|---|

| Address of Attorney: | [REDACTED] | Appointed |
|---|---|---|

| Defendant is: | In Jail | Where: |
|---|---|---|
| | On Bond | Amt. of Bond | Where: |

| Date of Arrest: | | Bench Warrant Needed |
|---|---|---|

| Prosecution By: | Information | Indictment **X** |
|---|---|---|

Offense (Code & Description):   **Count 1 - 18 U.S.C. § 1349 - Conspiracy to Commit Wire, Mail and Securities Fraud; Counts 2 - 12 - 18 U.S.C. § 1343 and 2 - Wire Fraud; Counts 13 - 14 - 18 U.S.C. § 1348 and 2 - Securities Fraud**

| Offense Is: | Felony **X** | Misdemeanor |
|---|---|---|

Maximum Sentence:   **Count 1 -- Up to 25 yrs imprisonment; up to $250,000 fine; Counts 2 - 12 - Up to 20 yrs imprisonment; up to $250,000 fine; Counts 13 - 14 - Up to 25 yrs imprisonment; up to $250,000 fine**

| Penalty is Mandatory: | Yes | No |
|---|---|---|

Remarks: [REDACTED]