IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**
2017 FEB -7 AM 9: 44

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

UNITED STATES OF AMERICA

-vs-                                                                          CAUSE NO.  A-13-CR-346-SS

MICHAEL BAKER (1)
MICHAEL GLUK (2)

_____

## O R D E R

BE IT REMEMBERED that on the 3rd day of February 2017, the Court called the above-styled cause for a status conference, and the parties appeared through counsel. The Court confirms its announcements with the following written orders:

IT IS ORDERED **JURY SELECTION AND TRIAL in this case is set for August 7, 2017, at 8:30 a.m.** in the United States Courthouse, Courtroom 2, 501 West Fifth Street, Austin, Texas.

IT IS FURTHER ORDERED that **this case is set for DOCKET CALL on July 28, 2017, at 11:00 a.m.** in the United States Courthouse, Courtroom 2, 501 West Fifth Street, Austin, Texas.

SIGNED this the ___6th___ day of February 2017.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE